No. 92–8803. MADYUN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8804. MARTINEAU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8821. JACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8828. GOMEZ-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8857. MEADOR-BEY *v.* JONES ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1390. LEE ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–7685. RODRIGUEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–1668. WITKOWSKI, WARDEN, ET AL. *v.* GOLDSMITH. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–1716. TEXAS *v.* CORLEY. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 92–1684. MCI TELECOMMUNICATIONS CORP. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–1717. BROWN & ROOT, INC. *v.* MISTICH. Ct. App. La., 4th Cir. Motion of National Ocean Industries Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.